AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __PENNSYLVANIA__

ERIK YARMEY
    Plaintiff(s),
V.
UNIVERSITY OF PENNSYLVANIA
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-05535-RBS

Notice is hereby given that, subject to approval by the court, __Plaintiff, Erik Yarmey__ (Party(s) Name) substitutes __Kevin L. Hall, Esquire__ (Name of New Attorney), State Bar No. __311826__ as counsel of record in place of __Michael D. Raffaele, Esquire__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Tucker Arensberg, P.C. |
| Address: | 300 Corporate Center Drive, Suite 200 |
| Telephone: | (717) 234-4121   Facsimile (717) 232-6802 |
| E-Mail (Optional): | khall@tuckerlaw.com |

I consent to the above substitution.
Date: 20th February 2024
(Signature of Party(s)) — Erik Yarmey

I consent to being substituted.
Date: 20 February 2024
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/20/24
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 23, 2024

s/ R. Barclay Surrick
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]