### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK YARMEY : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-5535 |
| UNIVERSITY OF PENNSYLVANIA : | |

### O R D E R

**AND NOW**, this 10th day of April 2024, upon consideration of Plaintiff's Motion to Amend/Correct the Sixth Amended Scheduling Order (ECF No. 65), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that all remaining discovery (i.e., the completion of Plaintiff's deposition and addressing any remaining deficiencies in the production of his medical records) shall be completed within thirty (30) days of this Order. Dispositive motions are due within thirty (30) days of the completion of discovery. An amended Scheduling Order shall be issued.

**IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**