**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERIK YARMEY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-5535 |
| UNIVERSITY OF PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 15th day of November, 2024, upon consideration of Defendant University of Pennsylvania's ("Penn") Motion for Summary Judgment (ECF No. 75), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1.    Penn's Motion for Summary Judgment is **GRANTED** in its entirety.

2.    Plaintiff Erik Yarmey's Complaint is **DISMISSED WITH PREJUDICE**.

3.    Penn's Motion for Sanctions (ECF No. 84) is **DISMISSED** as moot.

The Clerk of Court is **DIRECTED** to mark this case closed.

**IT IS SO ORDERED.**

                                                    **BY THE COURT:**

                                                    */s/ R. Barclay Surrick*
                                                    **R. BARCLAY SURRICK, J.**