IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK YARMEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-5535-RBS |
| | : | |
| | : | **NOTICE OF APPEAL** |
| UNIVERSITY OF PENNSYLVANIA, | : | **TO THE UNITED STATES** |
| | : | **COURT OF APPEALS** |
| Defendant. | : | **FOR THE THIRD CIRCUIT** |

ERIK YARMEY, Plaintiff, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on November 15, 2024 (ECF Documents no. 99, 100) (1) granting Defendant summary judgment in its entirety; (2) dismissing Plaintiff's Complaint with prejudice.

Dated: November 30, 2024

                                            RANDY SCOTT ZELIN, P.C.

                                            By:    s/ *Randy Zelin*
                                                        Randy Zelin
                                                        *Admitted Pro Hac Vice*
                                                        641 Lexington Avenue, 29th Fl.
                                                        New York, New York 10022
                                                        (T) 212.319.4000 (C) 917.515.3800
                                                        Randy@zelinlaw.com

                                            SHAPIRO LITIGATION GROUP PLLC

                                            By:    /s/ *David J. Shapiro*
                                                        David J. Shapiro
                                                        *Admitted Pro Hac Vice*
                                                        1460 Broadway, Suite 7019
                                                        New York, New York 10036
                                                        (T) 212.265.2870 (C) 917.531.9930
                                                        dshapiro@shapirojuris.com

TUCKER ARENSBERG, P.C.

By: /s/*Kevin L. Hall*
Kevin L. Hall
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
(T) 717.234.4121
khall@tuckerlaw.com

*Attorneys for Plaintiff Erik Yarmey*